**Donald STANLEY, movant, v. COMMON-WEALTH of Kentucky, opposed.**

Court of Appeals of Kentucky.

Oct. 26, 1951.

P. H. Vincent, Ashland, for movant.

A. E. Funk, Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for opposed.

PER CURIAM.

Judgment of conviction for possession of alcoholic beverages for sale in local option territory and imposing a fine of $100 and imprisonment in the county jail for 30 days.

Appeal denied. Judgment affirmed.